BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**SEALED**

**FILED**

SEP - 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-316 WBS |
| Plaintiff, | VIOLATION: 8 U.S.C. § 371 - Conspiracy to Commit Student Loan Fraud; 18 U.S.C. § 1341 - Mail Fraud (8 Counts); 18 U.S.C. § 1028A - Aggravated Identity Theft (2 Counts) |
| v. | |
| MICHELLE WRIGHT, JANEIGH MENDOZA, KENNETH WRIGHT, JAYMAR BROWN, JENNIFER BROWN, and BRANDY MINER, | |
| Defendants. | |

# I N D I C T M E N T

<u>COUNT ONE</u>: [18 U.S.C. § 371 - Conspiracy to Commit Student Loan Fraud]

The Grand Jury charges:

          MICHELLE WRIGHT,
          JANEIGH MENDOZA,
          KENNETH WRIGHT,
          JAYMAR BROWN,
          JENNIFER BROWN, and
          BRANDY MINER,

defendants herein, as follows:

1

# I. INTRODUCTION

At all times material herein:

1. The Department of Education (ED) was an agency of the United States government. One of the primary responsibilities of ED was oversight of the administration of Title IV Federal Student Assistance (FSA) Programs authorized by the Higher Education Act of 1965. As part of these functions, ED funded and administered federal student assistance programs to assist qualified student borrowers in obtaining college educations.

2. ED offered a number of financial aid programs to qualified students. To be eligible to receive FSA funds, among other prerequisites, students had to hold a high school diploma or pass related testing requirements, and had to certify that funds would be used only for educational purposes.

3. The Federal Pell Grant Program provided federal funds to eligible students in need of financial assistance to pursue post-secondary education at participating institutions. Pell Grants, which were in the form of a gift that was not required to be repaid, were awarded to eligible students who had not yet earned a bachelor or professional degree.

4. The Federal Family Education Loan (FFEL) Program was a loan program in which the funds were lent to the student from a bank, credit union, or other lender that participated in the FFEL Program. Educational institutions would disburse FFEL funds from a commercial (non-ED) lender to eligible student borrowers. Subsidized FFEL Stafford Loans were awarded to students who demonstrated financial need. Because ED subsidized the interest on these loans, borrowers were not charged interest while they were enrolled in school at

least halftime and during grace and deferment periods. Unsubsidized FFEL Loans were awarded to students regardless of financial need. Borrowers for these unsubsidized loans were responsible for paying the interest that accrued during any period.

5. To start the financial aid process, a student completed and submitted a Free Application for Federal Student Aid (FAFSA), via "FAFSA on the Web" (fafsa.ed.gov). In order to electronically sign the FAFSA, each applicant was assigned a unique PIN number by ED via e-mail or United States mail at an address provided by the student. At the time the FAFSA was signed, the applicant was required to certify that he or she would use federal and/or state student financial aid only to pay the cost of attending an institution of higher education. The submitted application was received by the Central Processing System (CPS). The CPS calculated the FAFSA application information submitted by the student using the appropriate federal methodology to produce the Estimated Family Contribution (EFC) and also performed data matching with various other Federal Agencies to confirm eligibility requirements. Pell Grant eligibility was determined at this time. The CPS electronically issued an Institutional Student Information Record (ISIR) to the schools the student listed on the FAFSA.

6. To apply for a loan, the student had to complete a Federal Stafford Loan Application, and a Promissory Note, and take the completed forms to the school that the student planned to attend. After the school completed its portion of the application, the student, or the school on the student's behalf, had to send the application to the lender for evaluation. The loan was insured by state or private nonprofit guaranty agencies that were reimbursed by

the federal government for all or part of the insurance claims paid to lenders. This government guarantee replaced the collateral or security usually required with long-term consumer loans.

7. To ensure ED funds were used for educational purposes, the financial assistance funds were sent from ED, or the commercial lender, directly to the institution where the student was enrolled. ED funds were then held by the institution in trust for the benefit of the student. Institutions had the authority to apply the loan and grant funds received from ED to a student's tuition account and to disburse any excess funds to the student for other educational expenses.

8. Las Positas College, Cabrillo College, Cerritos College, Chabot College, Humphreys Community College, Heald College, Modesto Junior College, and San Joaquin Delta College were accredited higher education institutions located in California. Las Positas-Chabot Community College District, Cabrillo Community College District, Cerritos Community College District, Yosemite Community College District, and San Joaquin Delta Community College District were accredited higher education districts physically located in California. All of the above colleges and districts used online and traditional classroom formats to deliver instruction and were approved by ED to administer federal student assistance programs authorized by Title IV of the Higher Education Act of 1965, as amended.

9. Each of the colleges named in paragraph 8 used a contracted vendor, Higher One, to disburse excess financial aid funds to students. Students could receive these excess funds in three ways: (1) via Easy Refund, wherein the excess funds were contained on a

Higher One debit card that was mailed to the student; (2) via EFT transfer, wherein Higher One would electronically wire the excess funds to the student's own independent bank account within 2-3 business days; or (3) via paper check, wherein Higher One would prepare and mail a paper check in the amount of the excess funds.

   10. Defendant MICHELLE WRIGHT was an individual who resided in the State and Eastern District of California, specifically, in the City of Stockton, San Joaquin County.

   11. Defendant JANEIGH MENDOZA was an individual who resided in the State and Eastern District of California, specifically, in the City of Tracy, San Joaquin County.

   12. Defendant KENNETH WRIGHT was an individual who resided in the State and Eastern District of California, specifically, in the City of Stockton, San Joaquin County.

   13. Defendant JAYMAR BROWN was an individual who resided in the State and Eastern District of California, specifically, in the City of Stockton, San Joaquin County.

   14. Defendant JENNIFER BROWN was an individual who resided in the State and Eastern District of California, specifically, in the City of Stockton, San Joaquin County.

   15. Defendant BRANDY MINER was an individual who resided in the State and Eastern District of California, specifically, in the City of Stockton, San Joaquin County.

## II. THE CONSPIRACY

   16. Beginning on a date unknown to the Grand Jury, but no later than in or about July 2007, and continuing through in or about June 2011, in the State and Eastern District of California, and elsewhere, defendants MICHELLE WRIGHT, JANEIGH MENDOZA, KENNETH

5

WRIGHT, JAYMAR BROWN, JENNIFER BROWN, and BRANDY MINER knowingly and willfully agreed and conspired with each other and with others known and unknown to the Grand Jury, to embezzle, misapply, steal and obtain by fraud, false statements, and forgery, federal student assistance funds provided and insured under subchapter IV of Chapter 28 of Title 20, United States Code, all in violation of Title 20, United States Code, Section 1097(a).

17. The principal object of the conspiracy was to obtain financial aid grant funds of the United States Government and loan funds insured by the United States Government, through the preparation and submission of false and fraudulent student admission and loan applications to California community colleges on behalf of themselves and straw students. The conspirators ultimately used the identities of over 100 straw students to fraudulently apply for financial aid at community colleges in California. As a result of the conspiracy, the defendants and their co-conspirators caused the fraudulent disbursement of over $285,000 in FSA funds to which they were not entitled.

III. MANNER AND MEANS

The manner and means by which the conspiracy was effectuated included the following:

18. Defendants MICHELLE WRIGHT and JANEIGH MENDOZA, sometimes with the assistance of defendants JENNIFER BROWN and JAYMAR BROWN, recruited individuals, including defendants KENNETH WRIGHT and BRANDY MINER, to act as straw students and to apply for FSA funds at community colleges throughout California. The recruited FSA applicants/straw students were neither active students at the colleges nor did they intend to become active students at the

colleges. All of the defendants also applied for FSA funds in their own names, for the same purpose.

19. Defendants MICHELLE WRIGHT and JANEIGH MENDOZA, sometimes with the assistance of others known and unknown to the Grand Jury, also obtained stolen personal identity information for the purpose of applying for additional FSA funds using the stolen personal information of other individuals. Some of these individuals were severely handicapped and unable to read or write, let alone attend college.

20. After obtaining the personal information of others as described in the preceding two paragraphs, defendants MICHELLE WRIGHT and JANEIGH MENDOZA applied for FSA funding in both their own names and the names of others, and completed all paperwork and enrollment necessary to obtain the funds. Defendants MICHELLE WRIGHT and JANEIGH MENDOZA caused the funds to be either mailed to addresses they controlled or wired to Higher One debit cards that had been previously sent to addresses that they controlled or were controlled by the conspirators, including themselves and defendants KENNETH WRIGHT, JENNIFER BROWN, JAYMAR BROWN, and BRANDY MINER. The defendants took the excess FSA funds for their personal benefit and not for educational expenses.

## IV. OVERT ACTS

In furtherance of the conspiracy and to effectuate the objects thereof, defendants MICHELLE WRIGHT, JANEIGH MENDOZA, KENNETH WRIGHT, JENNIFER BROWN, JAYMAR BROWN, and BRANDY MINER, and others known and unknown to the Grand Jury, committed, and caused to be committed, the following overt acts, among others, within the State and Eastern District of California and elsewhere:

21. On or about July 26, 2007, defendant MICHELLE WRIGHT created, or caused to be created a ccapply account using her own name and address, and a secured password of "m45454545."

22. On or about July 12, 2008 and February 1, 2010, defendant BRANDY MINER created, or caused to be created, a ccapply account using her own name and address and a secured password of "m45454545."

23. On or about May 25, 2009, defendant JANEIGH MENDOZA created, or caused to be created, a ccapply account using the name of an individual known to the grand jury, her own address, and a secured password of "jm45454545."

24. On or about December 26, 2009 and August 11, 2010, defendant JENNIFER BROWN created, or caused to be created, a ccapply account using her own name and address and a secured password of "jm45454545."

25. On or about July 24, 2010, defendant JAYMAR BROWN wrote a letter to a person known to the Grand Jury telling that person to have defendant JANEIGH MENDOZA sign him up for internet classes at "Las Pacitos" so he could get "chedda cheese" on his card.

26. On or about October 20, 2010, defendant KENNETH WRIGHT cashed a check made payable to him from Cabrillo College in the amount of $1,040.

27. On or about February 7, 2011, defendant MICHELLE WRIGHT deposited a check in the amount of $1,267.50 made payable to S.J. into a F&M Bank account that was held under the name of an individual with the initials S.J.

28. On or about March 15, 2011, defendant JANEIGH MENDOZA deposited a check in the amount of $642.08 made payable to C.C. into a F&M Bank account that was held under the name of an individual

8

with the initials C.C.

All in violation of Title 18, United States Code, Section 371.

COUNTS TWO THROUGH NINE: [18 U.S.C. § 1341 - Mail Fraud]

The Grand Jury further charges:

> MICHELLE WRIGHT,
> JANEIGH MENDOZA,
> KENNETH WRIGHT,
> JAYMAR BROWN,
> JENNIFER BROWN, and
> BRANDY MINER,

defendants herein, as follows:

1. The allegations in paragraphs 1-15 and 18-20 of Count One of this Indictment are incorporated by reference and re-alleged as though fully set forth herein.

2. Beginning at a time unknown to the Grand Jury, but no later than in or about July 2007, and continuing to in or about June 2011, in the State and Eastern District of California and elsewhere, defendants MICHELLE WRIGHT, JANEIGH MENDOZA, KENNETH WRIGHT, JAYMAR BROWN, JENNIFER BROWN, and BRANDY MINER, along with others known and unknown to the Grand Jury, did knowingly devise and intend to devise a material scheme and artifice to defraud the U.S. Department of Education and to obtain money from the Department by means of materially false and fraudulent pretenses, representations and promises.

3. On or about the dates set forth below, for the purposes of executing and attempting to execute the scheme and artifice to defraud, and attempting to do so, defendants MICHELLE WRIGHT, JANEIGH MENDOZA, KENNETH WRIGHT, JAYMAR BROWN, JENNIFER BROWN, and BRANDY MINER, along with others known and unknown to the Grand Jury, knowingly caused the following matters to be placed in an authorized

depository for mail matter in the Eastern District of California, to be sent and delivered by the United States Postal Service, and knowingly caused the following matters to be delivered by mail according to the directions thereon:

| COUNT | DATE | DEFENDANT | ADDRESS | MAIL MATTER |
|---|---|---|---|---|
| 2 | 11/20/2009 | MICHELLE WRIGHT | 3243 Jonathen Street, Stockton, CA | Higher One debit card ending in 5564 in the name of Michelle Wright |
| 3 | 9/16/2010 | MICHELLE WRIGHT | 3243 Jonathen Street, Stockton, CA | Higher One debit card ending in 6615 in the name of an individual with the initials P.D. |
| 4 | 11/20/2009 | JANEIGH MENDOZA | 2941 West Lowell Avenue, Apt. 191, Tracy, CA | Higher One debit card for account ending in 4471 in the name of Janeigh Mendoza |
| 5 | 11/20/2009 | JANEIGH MENDOZA | 2941 West Lowell Avenue, Apt. 191, Tracy, CA | Higher One debit card for account ending in 2161 in the name of an individual with the initials C.H. |
| 6 | 10/28/2009 | KENNETH WRIGHT | 644 Dallas Ave., Stockton CA | Check No. 12306 to Kenneth Wright in the amount of $670.00 |
| 7 | 5/24/2010 | KENNETH WRIGHT | 3243 Jonathen Street, Stockton, CA | Higher One debit card ending in 1931 in the name of Kenneth Wright |
| 8 | 5/24/2010 | JAYMAR BROWN | 2424 East 8th Street, Stockton, CA | Higher One debit card ending in 0386 in the name of an individual with the initials T.H. |

| 9 | 3/18/2011 | JAYMAR BROWN | 2424 East 8th Street, Stockton, CA | Check No. 434692 to Jaymar Ray Brown in the amount of $5,250. |
| 10 | 9/3/2010 | JENNIFER BROWN | 4488 Continental Way, Stockton, CA | Higher one debit card ending in 2500 in the name of Jennifer Brown |
| 11 | 5/24/2010 | JENNIFER BROWN | 1807 Torrey Pines Court, Stockton, CA | Higher one debit card for account ending in 7562 in the name of an individual with the initials D.F. |
| 12 | 2/5/2010 | BRANDY MINER | 1807 Torrey Pines Court, Stockton, CA | Higher One debit card ending in 9285 in the name of Brandy Miner |
| 13 | 3/29/2010 | BRANDY MINER | 1807 Torrey Pines Court, Stockton, CA | Higher One debit card ending in 5254 in the name of an individual with the initials M.M. |

All in violation of Title 18, United States Code, Section 1341.

COUNT FOURTEEN: [18 U.S.C. § 1028A - Aggravated Identity Theft]

The Grand Jury further charges: T H A T

MICHELLE WRIGHT,

on or about September 16, 2010, in the State and Eastern District of California, defendant MICHELLE WRIGHT, knowingly used, without lawful authority, a means of identification of another person, specifically, an individual with the initials P.D., during and in relation to a violation of 18 U.S.C. § 1341, Mail Fraud, as charged in Count Three of this Indictment, all in violation of Title 18, United States Code, Section 1028A.

11

1 | COUNT FIFTEEN: [18 U.S.C. § 1028A - Aggravated Identity Theft]
2 | The Grand Jury further charges: T H A T
3 | JANEIGH MENDOZA,
4 | on or about November 20, 2009, in the State and Eastern District of
5 | California, defendant JANEIGH MENDOZA, knowingly used, without
6 | lawful authority, a means of identification of another person,
7 | specifically, an individual with the initials C.H., during and in
8 | relation to a violation of 18 U.S.C. § 1341, Mail Fraud, as charged
9 | in Count Five of this Indictment, all in violation of Title 18,
10 | United States Code, Section 1028A.

A TRUE BILL.

/S/
_____
FOREPERSON

*[signature: Benjamin Wagner]*
BENJAMIN B. WAGNER
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

MICHELLE WRIGHT,
JANEIGH MENDOZA,
KENNETH WRIGHT,
JAYMAR BROWN,
JENNIFER BROWN, and
BRANDY MINER,

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 371 - Conspiracy to Commit Student Loan Fraud; 18 U.S.C. § 1341 - Mail Fraud (8 Counts); 18 U.S.C. § 1028A - Aggravated Identity Theft (2 Counts)

*A true bill,*

/S/

_____
Foreman.

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

_____
Clerk.

Bail, $ _____ **NO BAIL WARRANT**

GREGORY G. HOLLOWS

2:12-CR-316 WBS

# PENALTY SLIP

MICHELLE WRIGHT – 1, 2-13, 14
JANEIGH MENDOZA - 1, 2-13, 15
KENNETH WRIGHT - 1, 2-13
JAYMAR BROWN - 1, 2-13
JENNIFER BROWN - 1, 2-13
BRANDY MINER - 1, 2-13

### COUNT 1
VIOLATION:   18 U.S.C. § 371 –Conspiracy to Commit Financial Aid Fraud
PENALTY:     Not more than 5 years imprisonment, or
             Not more than $250,000 Fine or Both
             3 Years TSR

### COUNTS 2-13
VIOLATION:   18 U.S.C. § 1341 –Mail Fraud
PENALTY:     Not more than 20 years imprisonment, or
             Not more than $250,000 Fine or Both
             3 Years TSR

### COUNT 14
VIOLATION:   18 U.S.C. § 1028A –Aggravated Identity Theft
PENALTY:     2 year mandatory consecutive, or
             Not more than $250,000 Fine or Both
             1 Year TSR

### COUNT 15
VIOLATION:   18 U.S.C. § 1028A –Aggravated Identity Theft
PENALTY:     2 year mandatory consecutive, or
             Not more than $250,000 Fine or Both
             1 Year TSR

**PENALTY ASSESSMENT:** Mandatory $100 penalty assessment