FILED

September 13, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)        CASE NUMBER: 2:12-cr-00316-WBS
            Plaintiff,        )
)
v.                           )        ORDER FOR RELEASE
)        OF PERSON IN CUSTODY
MICHELLE WRIGHT,             )
)
            Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Michelle Wright</u>; Case <u>2:12-cr-00316-WBS</u>

from custody and for the following reasons:

_    Release on Personal Recognizance

_    Bail Posted in the Sum of _____

X    Unsecured Appearance Bond in the amount of <u>$25,000.00</u>; co-signed

     by Willie Rogers

_    Appearance Bond with 10% Deposit

_    Appearance Bond secured by Real Property

_    Corporate Surety Bail Bond

X    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at  <u>Sacramento, CA</u>  on  <u>9/13/2012</u>  at  2:40 p.m.

By  _____

Kendall J. Newman
United States Magistrate Judge