Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 12-316 LKK |
| Plaintiff, | ) ORDER RE WAIVER OF DEFENDANT'S ) PRESENCE |
| vs. | ) [Fed.R.Crim. Pro. 43] ) |
| | ) Court:  Hon. Judge Lawrence K. ) Karlton |
| Michelle Wright | ) ) |
| Defendant. | |

Ms. Wright hereby waives the right to be present in person in open Court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, initial appearance, plea, trial confirmation hearing, impanelment of jury, every trial stage including verdict, and imposition of sentence. The defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver, agrees that her interests will be deemed represented at all times by the presence of her attorney the same as if she were personally present, and further agrees to be present in Court and ready for trial any day and hour the Court may fix in her absence.

The defendant further acknowledges that she has been informed of her rights under 18 U.S.C. § 3161 - 3174 (the Speedy Trial Act), and authorizes her attorney to set times and delays under that act without her being present.  With the Court's permission, Ms. Wright respectfully requests that this Court accept her waiver of appearance when the statute deems her presence inessential and this Court consents.  The reason for this request is that Ms. Wright resides in Stockton, has limited means to travel back and forth for inessential status conferences or other scheduling matters and is in the process of seeking employment, including a job interview call back during the next scheduled status conference.

Dated: June 10, 2013                     Respectfully submitted,


                                         __/s/ Shari Rusk___
                                         Shari Rusk
                                         Attorney for Defendant
                                         Michelle Wright


                                         /s/ Michele Wright
                                         DEFENDANT
                                         Michele Wright


**ORDER**


     IT IS SO ORDERED.

DATED: June 10, 2013

                                         _____
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT