Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 12-316 LKK |
|---|---|
| Plaintiff, | ) STIPULATION & ORDER CONTINUE<br>) JUDGEMENT & SENTENCING |
| vs. | ) DATE:  February 4, 2014<br>) TIME: 9:15 a.m. |
|  | ) COURT: Hon. Judge Lawrence K.<br>) Karlton |
| Michelle Wright | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff; Shari Rusk, attorney for defendant Michelle Wright; that judgment and sentencing be continued from December 17, 2013 to February 4, 2014 and that date is available with the Court.

   The parties request the following schedule:

            PSR disclosed:            December 24, 2013
            Informal Objections:      January 7, 2014
            Final PSR:                January 14, 2014
            Reply:                    January 28, 2014
            Judgment & Sentencing:    February 4, 2014

IT IS SO STIPULATED.

Dated: November 25, 2013          Respectfully submitted,

-1-

```
                                /s/ Shari Rusk
                                SHARI RUSK
                                Attorney for Defendant
                                MICHELLE WRIGHT

                                /s/ Jared Dolan
                                Jared Dolan
                                Assistant United States Attorney
```

**ORDER**

    IT IS SO ORDERED.

DATED:   December 2, 2013

```
                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```